# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GAVRIELI BRANDS LLC, a California Limited Liability Company,<br><br>  Plaintiff,<br><br>  v.<br><br>SOTO MASSINI (USA) CORPORATION, a Delaware corporation; SOTO MASSINI S.R.L.S., an Italian limited company; and THOMAS PICHLER, an individual,<br><br>  Defendants. | C.A. No. 18-462-MN |

## JOINT STIPULATION AND [PROPOSED] ORDER OF PARTIAL DISMISSAL

The parties, by and through their undersigned counsel, hereby stipulate that Plaintiff's claim pertaining to U.S. Design Patent No. D761,538 (the "'538 Patent") and Defendants' counterclaims and affirmatives defenses pertaining to the '538 Patent are dismissed without prejudice, with each party bearing its own costs, expenses, and attorneys' fees with respect to the claim, counterclaims, and affirmative defenses pertaining to the '538 Patent.

Dated: April 22, 2019

Respectfully submitted,

| | |
|---|---|
| MORGAN, LEWIS & BOCKIUS LLP | STAMOULIS & WEINBLATT LLC |
| */s/ Amy M. Dudash* <br>John V. Gorman (#6599)<br>David W. Marston Jr. (#3972)<br>Amy M. Dudash (#5741)<br>The Nemours Building<br>1007 North Orange Street, Suite 501<br>Wilmington, DE 19801<br>(302) 574-3000<br>john.gorman@morganlewis.com<br>david.marston@morganlewis.com<br>amy.dudash@morganlewis.com | */s/ Stamatios Stamoulis* <br>Stamatios Stamoulis (#4606)<br>800 N. West Street, Third Floor<br>Wilmington, DE 19801<br>(302) 999-1540<br>stamoulis@swdelaw.com<br><br>*Attorney for Defendants*<br>*Soto Massini (USA) Corporation, Soto Massini S.R.L.S., and Thomas Pichler* |

*Attorneys for Plaintiff*
*Gavrieli Brands LLC*

                    **SO ORDERED** this ___ day of April, 2019.

                                                  _____
                                                  Honorable Maryellen Noreika
                                                  United States District Judge