IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GAVRIELI BRANDS LLC, a California Limited Liability Company,<br><br>    Plaintiff,<br><br>    v.<br><br>SOTO MASSINI (USA) CORPORATION, a Delaware corporation; SOTO MASSINI S.R.L.S., an Italian limited company; and THOMAS PICHLER, an individual,<br><br>    Defendants. | C.A. No. 18-462-MN |

## JOINT STATUS REPORT

Pursuant to Paragraph 20 of the operative Scheduling Order (D.I. 62), the parties, by and through their undersigned counsel, hereby provide the following status report following the May 3, 2019 jury verdict (D.I. 143):

1. **Form of Judgment**.

    The parties have jointly agreed to entry of a form of judgment, which has been filed contemporaneously herewith. Plaintiff requests that the Court enter judgment.

2. **Post-Trial Motions**.

    Plaintiff intends to file the following post-trial motions:

    - Motion for Permanent Injunction;
    - Motion for Enhanced Damages;
    - Motion Finding the Case Exceptional and Awarding Attorneys' Fees and Costs; and
    - Motion for Pre- and Post-Judgment Interest

    Defendant intends to file the following post-trial motions:

- Rule 50(b) Motion for Judgment as a Matter of Law, including Alternative Rule 59 Motion for New Trial

- Motion for Determination of No Personal Liability as a Matter of Law

3. **Deadlines and Page Limitations for Post-Trial Motions**.

Pursuant to the stipulation filed contemporaneously herewith, the parties have stipulated and agreed, subject to the Court's approval, that:

- All post-trial motions and opening briefs in support thereof shall be filed within forty-five (45) days of the date of the Court's entry of judgment.

- Each side (*i.e.*, Plaintiff and Defendants) shall be limited to a total of thirty (30) pages for their opening briefs in support of all combined post-trial motions, no matter how many such motions are filed.

Dated:  May 10, 2019

Respectfully submitted,

| MORGAN, LEWIS & BOCKIUS LLP | STAMOULIS & WEINBLATT LLC |
|---|---|
| */s/ Amy M. Dudash*<br>John V. Gorman (#6599)<br>David W. Marston Jr. (#3972)<br>Amy M. Dudash (#5741)<br>The Nemours Building<br>1007 North Orange Street, Suite 501<br>Wilmington, DE 19801<br>(302) 574-3000<br>john.gorman@morganlewis.com<br>david.marston@morganlewis.com<br>amy.dudash@morganlewis.com<br><br>*Attorneys for Plaintiff*<br>*Gavrieli Brands LLC* | */s/ Stamatios Stamoulis*<br>Stamatios Stamoulis (#4606)<br>800 N. West Street, Third Floor<br>Wilmington, DE 19801<br>(302) 999-1540<br>stamoulis@swdelaw.com<br><br>*Attorney for Defendants*<br>*Soto Massini (USA) Corporation, Soto Massini S.R.L.S., and Thomas Pichler* |