# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GAVRIELI BRANDS LLC, a California Limited Liability Company,<br><br>    Plaintiff,<br><br>        v.<br><br>SOTO MASSINI (USA) CORPORATION, a Delaware corporation; and THOMAS PICHLER, an individual,<br><br>    Defendants. | C.A. No. 18-462-MN |

## JOINT PROPOSED JUDGMENT FOLLOWING JURY VERDICT

The parties respectfully submit the following proposed judgment for entry pursuant to Federal Rule of Civil Procedure 58 following the jury's verdict rendered on May 3, 2019.[1]

Dated: May 10, 2019

| | |
|---|---|
| */s/ Amy M. Dudash*<br>MORGAN, LEWIS & BOCKIUS LLP<br>John V. Gorman (#6599)<br>Amy M. Dudash (#5741)<br>The Nemours Building<br>1007 North Orange Street, Suite 501<br>Wilmington, DE 19801<br>(302) 574-3000<br>john.gorman@morganlewis.com<br>amy.dudash@morganlewis.com<br><br>*Attorneys for Plaintiff Gavrieli Brands LLC* | */s/Stamatios Stamoulis*<br>STAMOULIS & WEINBLATT LLC<br>Stamatios Stamoulis (#4606)<br>800 N. West Street, Third Floor<br>Wilmington, DE 19801<br>(302) 999-1540<br>stamoulis@swdelaw.com<br><br>SML AVVOCATI P.C.<br>Stephen M. Lobbin (admitted *pro hac vice*)<br>Austin J. Richardson (admitted *pro hac vice*)<br>888 Prospect Street, Suite 200<br>San Diego, CA 92037 |

---

[1] Remaining issues relating to permanent injunctive relief, the amount of enhanced damages due to the jury's finding that Defendants infringed the patents willfully, intentionally infringed Plaintiff's trade dress, and intentionally engaged in false advertising, the amounts of pre-judgment and post-judgment interest owed, taxing of costs, and a determination whether an award of attorneys' fees is warranted and, if so, in what amount, shall be addressed separately. Also to be addressed separately are Defendants' post-verdict issues including motion(s) under Rule 50(b) and/or Rule 59 on all jury findings, and issues relating to whether personal liability is warranted as a matter of law.

sml@smlavvocati.com
ajr@smlavvocati.com

*Attorneys for Defendants Soto Massini (USA)
Corporation and Thomas Pichler*