# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GAVRIELI BRANDS LLC, a California Limited Liability Company,<br><br>    Plaintiff,<br><br>        v.<br><br>SOTO MASSINI (USA) CORPORATION, a Delaware corporation; SOTO MASSINI S.R.L.S., an Italian limited company; and THOMAS PICHLER, an individual,<br><br>    Defendants. | C.A. No. 18-462-MN |

## STIPULATION AND [PROPOSED] ORDER REGARDING POST-TRIAL BRIEFING

The parties by and through their undersigned counsel hereby stipulate and agree, subject to the Court's approval, to the following deadlines and page-limitations for post-trial motions and opening briefs:

1. Within forty-five (45) days of the date of entry of judgment by the Court, the parties shall file all post-trial motions and opening briefs in support thereof.

2. The parties shall be limited to a maximum of thirty (30) total pages combined for opening briefs per side (*i.e.*, Plaintiff and Defendants) for all post-trial motions, no matter how many such motions are filed.

Dated: May 10, 2019

Respectfully submitted,

| MORGAN, LEWIS & BOCKIUS LLP | STAMOULIS & WEINBLATT LLC |
|---|---|
| */s/ Amy M. Dudash* | */s/ Stamatios Stamoulis* |
| John V. Gorman (#6599) | Stamatios Stamoulis (#4606) |
| David W. Marston Jr. (#3972) | 800 N. West Street, Third Floor |
| Amy M. Dudash (#5741) | Wilmington, DE 19801 |
| The Nemours Building | (302) 999-1540 |
| 1007 North Orange Street, Suite 501 | stamoulis@swdelaw.com |
| Wilmington, DE 19801 | |
| (302) 574-3000 | *Attorney for Defendants* |
| john.gorman@morganlewis.com | *Soto Massini (USA) Corporation, Soto Massini* |
| david.marston@morganlewis.com | *S.R.L.S., and Thomas Pichler* |
| amy.dudash@morganlewis.com | |

*Attorneys for Plaintiff*
*Gavrieli Brands LLC*

**SO ORDERED** this __ day of May, 2019.

_____
Honorable Maryellen Noreika
United States District Judge