THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GAVRIELI BRANDS LLC, a California Limited Liability Company,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SOTO MASSINI (USA) CORP., a Delaware corporation; and THOMAS PICHLER, an individual,<br><br>　　　　Defendants. | Case No. 18-cv-00462-MN |

**PLAINTIFF GAVRIELI BRANDS LLC'S MOTION FOR
A PERMANENT INJUNCTION, ATTORNEYS' FEES,
ENHANCED DAMAGES, AND PRE- AND POST-JUDGMENT INTEREST**

Pursuant to 35 U.S.C. § 283, Fed. R. Civ. P. 65(d), plaintiff Gavrieli Brands, LLC ("Gavrieli") hereby moves the Court for entry of a permanent injunction in the form submitted contemporaneously herewith.

Additionally, pursuant to 35 U.S.C. § 285, 15 U.S.C. § 1117(a), Fed. R. Civ. P. 54(d)(2), and the Court's inherent power, Gavrieli hereby moves the Court for a determination that the instant case is exceptional and for an award of Gavrieli's attorneys' fees.

Further, pursuant to 15 U.S.C. § 1117(a), Gavrieli hereby moves the Court for a tripling of the damages awarded by the jury in the instant action.

Additionally, pursuant to 35 U.S.C. § 284 and 15 U.S.C. § 1117(b), Gavrieli hereby moves the Court for an award of pre-judgment interest.[1]

---

[1] The Court has already awarded Gavrieli post-judgment interest. *See* D.I. 149 ¶ 12. Gavrieli now moves the Court for entry of a judgment reflecting the precise amount of post-judgment interest—accrual of $203.61 per day until the judgement is satisfied.

The basis for the instant motion is set forth in Gavrieli's Opening Brief, which is incorporated herein by reference.

| | |
|---|---|
| Dated: June 27, 2019 | Respectfully submitted,<br><br>MORAN, LEWIS & BOCKIUS LLP<br><br>*/s/ Amy M. Dudash*<br>John V. Gorman (DE Bar No. 6599)<br>Amy M. Dudash (DE Bar No. 5741)<br>The Nemours Building<br>1007 North Orange Street<br>Suite 501<br>Wilmington, Delaware 19801<br>Telephone: 302.574.3000<br>Fax: 302.574.3001<br>john.gorman@morganlewis.com<br>amy.dudash@morganlewis.com<br><br>*Attorneys for Plaintiff Gavrieli Brands LLC* |