# EXHIBIT 1

Minute Entry for proceedings held before Judge Maryellen Noreika - Oral Argument held on 2/11/2019 re 29 Motion to Dismiss and 93 Motion to Compel the Production of Documents and for Sanctions. The Court will DENY the Motion to Dismiss as to defendant Thomas Pichler, and GRANT the Motion to Dismiss as to defendant Soto Italy. The Motion to Compel is GRANTED; the defendants shall produce the documents described at the hearing within two weeks from today. See transcript of this proceeding for the complete ruling. The Court will not order sanctions against defendants at this time. The case schedule was discussed; the plaintiff will file a letter by the end of this week indicating if they will file a motion for summary judgment. If a motion for summary judgment is filed, it will jeopardize the current trial date. The defendants do not plan on filing a motion for summary judgment at this time, but would like to file a cross motion if the plaintiff decides to file a motion for summary judgment. (Court Reporter Dale Hawkins.) (mdb) (Entered: 02/11/2019)

As of February 12, 2019, PACER did not contain a publicly available document associated with this docket entry. The text of the docket entry is shown above.

*Gavrieli Brands LLC v. Soto Massini (USA) Corp. et al*
1-18-cv-00462 (DED), 2/11/2019, docket entry