IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GAVRIELI BRANDS LLC, a California Limited Liability Company,<br><br>          Plaintiff,<br><br>    v.<br><br>SOTO MASSINI (USA) CORP., a Delaware Corporation, and THOMAS PICHLER, an individual,<br><br>          Defendants. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 18-462 (MN)<br>)<br>)<br>)<br>)<br>) |

## **ORDER**

At Wilmington this 24th day of March 2020:

For the reasons set forth in the Memorandum Opinion issued this date, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for a permanent injunction, attorneys' fees, enhanced damages and pre- and post-judgment interest (D.I. 152) is GRANTED-IN-PART and DENIED-IN-PART as follows:

   a. GRANTED with respect to Plaintiff's request for pre- and post-judgment interest;

   b. DENIED with respect to Plaintiff's request for enhanced damages;

   c. GRANTED-IN-PART and DENIED-IN-PART with respect to Plaintiff's request for attorneys' fees pursuant to the Lanham Act and the Court's inherent authority.

2. Defendants' renewed motion for judgment as a matter of law or, in the alternative, a new trial (D.I. 155) is DENIED in its entirety.

IT IS FURTHER ORDERED that, on or before April 7, 2020, Plaintiff shall submit to the Court an accounting of its attorneys' fees for the specific events set forth in the Memorandum Opinion.  IT IS FURTHER ORDERED that, on or before April 21, 2020, the parties shall meet and confer and submit a proposed final judgment consistent with the Memorandum Opinion issued on this date and which includes a proposed order permanently enjoining Defendants from certain activities consistent with the Memorandum Opinion.  The Court expects the parties to engage in a good faith effort to reach agreement on the scope of the injunction given that Defendants largely do not oppose the requested injunctive relief but, if the parties are unable to submit a joint proposal, then the parties shall submit competing proposals on the permanent injunction.

*[signature: Maryellen Noreika]*

The Honorable Maryellen Noreika
United States District Judge