# EXHIBIT A-1

# Morgan Lewis



# MICHAEL J. LYONS
## PARTNER

michael.lyons@morganlewis.com

**Silicon Valley**      Phone  **+1.650.843.7507**      Fax  **+1.650.843.4001**

1400 Page Mill Road \\ Palo Alto, CA 94304-1124 \\ United States

Patent litigator Michael Lyons leads the Silicon Valley litigation practice and brings more than 25 years of experience to his intellectual property (IP) rights practice. In 2018, he obtained a $268 million verdict in California on behalf of the Alfred E. Mann Foundation in a patent infringement action against Cochlear. This judgement reinstated a $134 million jury verdict from 2014 and then doubled the damages for willful infringement, ranking it among the largest patent damages awards in 2018. Michael's patent, copyright, trade secret, and other technology-focused litigation involves tools that range from video streaming and consumer electronics' circuit architecture to medical devices.

Michael's experience includes litigating cases that involve semiconductor processing, software, and optoelectronic transceivers. Suits related to ink jet and laser printers, hard disk drives, hardware for graphics image production, and circuit architecture of chips also have come across his desk.

In Virginia, Michael obtained a notable jury verdict for ActiveVideo Networks in a suit that involved video-on-demand technology. The case resulted in a total recovery, including post-trial rulings, in excess of $250 million. He also represented a leading light-emitting diode manufacturer in connection with an US International Trade Commission investigation of patent infringement. The commission found infringement and issued an exclusion order that barred importation of all of the accused products.

In addition to litigation, Michael frequently handles adversarial Patent Office proceedings such as *Inter Partes* Reviews and Covered Business Method Reviews.  In 2015, Michael won a Federal Circuit affirmance of rarely achieved termination rulings in four Covered Business Method Review proceedings.

Michael lectures on IP topics and has served as a guest speaker on IP enforcement at Boalt Hall School of Law.

## AWARDS AND AFFILIATIONS

Member, Practice Group of the Year, Intellectual Property, *Law360* (2019)

Member, Litigation Department of the Year–Intellectual Property, *The American Lawyer* (2019)

Winning Litigator, *The National Law Journal* (2019)

Recognized, Litigation – Intellectual Property, Palo Alto, *The Best Lawyers in America* (2020)

Top Intellectual Property Lawyers in California, *Daily Journal* (2019)

Recognized, *IAM Patent 1000: The World's Leading Patent Professionals* (2018, 2019)

"California Lawyer of the Year," Intellectual Property, *California Lawyer* (2012)

Member, Federal Circuit Bar Association

Member, American Intellectual Property Law Association

Member, American Bar Association

Member, Bar Association of San Francisco

## ADMISSIONS

> California
> New York
> U.S. Patent and Trademark Office

## EDUCATION

> Georgetown University Law Center, 1992, J.D.
> Pennsylvania State University, 1989, B.S.

## SECTORS

> Technology
> Fintech
> Automotive & Mobility

## SERVICES

> Patent
> Intellectual Property Litigation
> Intellectual Property
> Litigation, Regulation & Investigations
> US Patent Office Post-Grant Proceedings

## REGIONS

> North America

# EXHIBIT A-2

# Morgan Lewis



# EHSUN FORGHANY
## ASSOCIATE

**ehsun.forghany@morganlewis.com**

**Silicon Valley**      Phone  **+1.650.843.7226**      Fax  **+1.650.843.4001**

1400 Page Mill Road \\ Palo Alto, CA 94304-1124 \\ United States

Ehsun Forghany concentrates his practice on litigation involving patents, trade secrets, and related intellectual property matters throughout the United States. He handles all phases of litigation from inception through trial and post-trial appeals. Ehsun also represents clients in patent trials conducted before the Patent Trial and Appeal Board (PTAB), including inter partes review proceedings established by the 2011 America Invents Act. His cases have involved a diverse range of technologies including inkjet printers, smartphone software, semiconductor chips, medical devices, and biometric systems.

Prior to joining Morgan Lewis, Ehsun clerked at the US Attorney's Office, where he worked extensively within the Computer Hacking and Intellectual Property Unit.

## AWARDS AND AFFILIATIONS

Member, Practice Group of the Year, Intellectual Property, *Law360* (2019)

Member, Litigation Department of the Year–Intellectual Property, *The American Lawyer* (2019)

High Tech Law Certificate, Intellectual Property, with Honors, Santa Clara University School of Law

Articles Editor, *Santa Clara Law Review*

## ADMISSIONS

> California
> District of Columbia
> US Court of Appeals for the Federal Circuit
> US Court of Appeals for the Ninth Circuit
> US District Courts for the Northern Eastern Central and Southern Districts of California

## EDUCATION

> Santa Clara University School of Law, 2014, J.D.
> University of California, Davis, 2011, B.A., With Highest Honors

## SERVICES

> Patent
> Intellectual Property
> Intellectual Property Litigation
> White Collar Litigation & Government Investigations

## REGIONS

> North America

# EXHIBIT A-3

# Morgan Lewis



# AHREN C. HSU-HOFFMAN
## OF COUNSEL

**ahren.hsu-hoffman@morganlewis.com**

**Silicon Valley**    Phone  **+1.650.843.7250**    Fax  **+1.650.843.4001**

1400 Page Mill Road \\ Palo Alto, CA 94304-1124 \\ United States

Ahren C. Hsu-Hoffman focuses on patent and intellectual property litigation. He has played a key role in all phases of a district court case, including handling technical expert depositions, creating technology tutorials and demonstratives, and preparing inventors, company executives, and infringement and validity experts to testify at trial. Ahren's practice also focuses on patent trials conducted before the Patent Trial and Appeal Board, including proceedings recently created by the America Invents Act (AIA).

Ahren's cases involve a multitude of technologies, including video-on-demand platforms, container shipping portals, mobile hotspots, face-detection technology, smartphone user interfaces, semiconductor manufacturing, gene probes, optoelectronic transceivers, inmate telephone systems, and radiation therapy. He recently worked on a case that resulted in one of the largest patent jury verdicts in the Eastern District of Virginia, with a total recovery for the client in excess of $260 million. Ahren has also served as counsel in *ex parte* reexamination, *inter partes* review, and covered business method review proceedings.

Prior to joining Morgan Lewis, Ahren clerked for Judge James Ware of the US District Court for the Northern District of California and served as an intellectual property law fellow in the University of North Carolina's Office of the University Counsel. Ahren holds a B.S.E. in biomedical engineering and economics.

## AWARDS AND AFFILIATIONS

Member, Practice Group of the Year, Intellectual Property, *Law360* (2019)

Member, Litigation Department of the Year–Intellectual Property, *The American Lawyer* (2019)

## ADMISSIONS

> California
> Texas
> U.S. District Courts for the Northern and Central Districts of California
> U.S. District Court for the Eastern District of Texas

> U.S. Court of Appeals for the Federal Circuit
> U.S. Patent and Trademark Office

## CLERKSHIPS

> Clerkship to Judge James Ware of the US District Court for the Northern District of California (2006 - 2007)

## EDUCATION

> Duke University, 2001, B.S.E.
> University of North Carolina School of Law, 2005, J.D.

## SERVICES

> Intellectual Property
> Intellectual Property Litigation

## REGIONS

> North America

# EXHIBIT A-4

# Morgan Lewis



# AMY M. DUDASH
## ASSOCIATE

amy.dudash@morganlewis.com

**Wilmington**     Phone  **+1.302.574.7293**   Fax  **+1.302.574.3001**

1007 N. Orange St., Ste. 501 \\ Wilmington, DE 19801 \\ United States

**Philadelphia**     Phone  **+1.215.963.4861**   Fax  **+1.215.963.5001**

1701 Market St. \\ Philadelphia, PA 19103-2921 \\ United States

Amy M. Dudash litigates intellectual property disputes involving patents, trademarks, copyrights, and trade secrets, antitrust matters, and complex commercial disputes. In addition to trying cases to verdict, Amy counsels clients regarding cyber security issues, conducts internal investigations, and assists clients in working with federal authorities investigating suspected intellectual property crimes. She has helped plaintiffs and defendants navigate through commercial disputes and intellectual property litigation from inception through trial and completion of all appeals in federal and state courts throughout the United States.

Amy also maintains an active pro bono practice, having co-first chaired a federal jury trial for a pro bono client alleging constitutional violations and tort claims. Prior to joining Morgan Lewis, she was a law clerk to Judge Leonard P. Stark of the US District Court for the District of Delaware.

## SELECTED REPRESENTATIONS

> Obtained a multimillion dollar jury verdict for a large footwear brand company in a design patent and trade dress infringement case against its competitor in the District of Delaware.

> Secured Third Circuit affirmance of seven-figure bench trial victory on behalf of reflective insulation manufacturer against former US exclusive distributor for breach of contract, willful trademark infringement, and fraud.

> Represented manufacturer of a hemophilia treatment in protecting its intellectual property rights in an infringement action in the District of Delaware.

> Secured dismissal of putative class actions under Section 1 and 2 of the Sherman Act regarding Brent Crude Oil in the Southern District of New York.

> Defended a mobile device manufacturer against claims of patent infringement involving video call functionalities and precoding signals for multiple-input-multiple-output antennas in the District of Delaware.

> Represented a technology manufacturer in connection with pursuing Computer Fraud and Abuse Act, RICO, and Lanham Act claims stemming from hacking of wireless devices in the Northern District of

Illinois.

> Represented technology manufacturers in a predatory pricing antitrust and patent infringement action involving drone technology in the District of Delaware.
> Represented a leading university in an action involving alleged breaches of material transfer agreements and patent infringement relating to client's cancer treatment in the Eastern District of Pennsylvania.
> Represented a non-profit organization that administers standardized tests in copyright infringement and breach of contract actions in the Northern District of California and Eastern District of Pennsylvania.
> Defended one of the world's largest toy retailers in actions asserting Lanham Act and related state law claims in the District of Colorado and the District of New Jersey.
> Defended a global educational textbook publisher against claims of copyright infringement brought by individual photographers and licensing agencies in federal courts throughout the country.
> Defended a regional bank against putative class action alleging bid-rigging under Sherman Act Section 1 in connection with the sale of tax lien certificates in the District of New Jersey.
> Represented an individual and corporation in connection with a proceeding before the Federal Election Commission.
> Represented technology manufacturers in a predatory pricing antitrust and patent infringement action involving drone technology in the District of Delaware.
> Defended market-leading analytics firm against claim of patent infringement involving a tax return import tool in the District of Delaware.

## AWARDS AND AFFILIATIONS

Member, Practice Group of the Year, Intellectual Property, *Law360* (2019)

Member, Litigation Department of the Year–Intellectual Property, *The American Lawyer* (2019)

Member, Order of the Coif

Recipient, Stephen P. Frankino Distinguished Service Award for Outstanding Administrative & Editorial Contributions to Law Review (2011)

Recipient, ABA/BNA Award for Excellence in the Study of Health Law (2011)

Member, Board of Directors and Finance Committee, Mighty Writers

## ADMISSIONS

> Delaware
> Pennsylvania
> New Jersey
> District of Columbia
> US Court of Appeals for Ninth Circuit
> US District Court for the District of Delaware
> US District Court for the District of New Jersey
> US District Court for the Western District of Pennsylvania
> US District Court for the Eastern District of Pennsylvania

## CLERKSHIPS

> Clerkship to Judge Leonard P. Stark of the US District Court for the District of Delaware (2011 - 2012)

## EDUCATION

> Villanova University School of Law, 2011, J.D., magna cum laude

> Duquesne University, 2008, B.A., cum laude

## SERVICES

> Antitrust & Competition
> Intellectual Property
> Intellectual Property Litigation
> Litigation, Regulation & Investigations

## REGIONS

> North America

# EXHIBIT A-5

# Morgan Lewis



# MARINNA C. RADLOFF
## ASSOCIATE

**marinna.radloff@morganlewis.com**

**Silicon Valley**      Phone  **+1.650.843.7551**      Fax  **+1.650.843.4001**

1400 Page Mill Road \\ Palo Alto, CA 94304-1124 \\ United States

Marinna C. Radloff focuses her practice on intellectual property disputes, representing clients in patent, trademark, copyright, and trade secret litigation. Marinna has contributed to federal cases involving unfair competition and false advertising issues. She has represented clients in litigation in US district courts and has worked on matters appearing before the US Patent and Trademark Office. Since joining the firm, Marinna has contributed to several stages of clients' cases, including discovery matters, motion practice, expert reports, and trial practice.

While in law school, Marinna earned Santa Clara's High Tech Law Certificate with a specialization in Intellectual Property Litigation and was recognized by the American Bar Association with an ABA-Bloomberg BNA Award for Excellence in the Study of Intellectual Property. Marinna was a judicial extern for Judge Nathan D. Mihara in the Sixth District Court of Appeal of California and also served as a student researcher under Professor Colleen Chien, former White House senior advisor on intellectual property and innovation. Additionally, she was selected by former Defense Secretary Leon E. Panetta as a fellow at The Panetta Institute of Public Policy in Monterey, California, focusing on producing white papers related to the intersection of politics, healthcare, innovation, and the law.

As a law student, she was heavily involved in moot court litigation competitions, receiving first place in the Western Regional of the Giles S. Rich National Patent Competition, winning the California Bar Environmental Law competition, and being awarded best oralist in the Honors Moot Court competition at Santa Clara. Marinna is fluent in Mandarin and Russian and is conversant in French and Georgian.

## AWARDS AND AFFILIATIONS

Member, Practice Group of the Year, Intellectual Property, *Law360* (2019)

Member, Litigation Department of the Year–Intellectual Property, *The American Lawyer* (2019)

## ADMISSIONS

- California
- US Court of Appeals for the Ninth Circuit
- US Court of Appeals for the Federal Circuit
- US District Court for the Central District of California
- US District Court for the Eastern District of California
- US District Court for the Northern District of California
- US District Court for the Southern District of California

## EDUCATION

- Santa Clara University School of Law, 2018, J.D.
- University of San Francisco, 2015, B.S., Chemistry, with honors
- University of San Francisco, 2015, B.A., International Studies, with honors

## SECTORS

- Technology

## SERVICES

- Intellectual Property
- Intellectual Property Litigation
- Patent
- Trademark, Copyright, Advertising & Unfair Competition
- Trade Secrets, Proprietary Information & Noncompetition/Nondisclosure Agreements

## REGIONS

- North America

# EXHIBIT A-6

# Morgan Lewis



# THOMAS Y. NOLAN
## ASSOCIATE

**thomas.nolan@morganlewis.com**

**Silicon Valley**     Phone  **+1.650.843.7283**     Fax  **+1.650.843.4001**

1400 Page Mill Road \\ Palo Alto, CA 94304-1124 \\ United States

Thomas Y. Nolan handles intellectual property matters, including patent disputes in federal courts and administrative agencies, as well as trademark prosecution. He also assists clients in responding to data breaches and other data security incidents. While in law school, Thomas worked with the Samuelson Law, Technology and Public Policy clinic to research and advise clients on the evidentiary implications of police use of body-worn cameras.

## AWARDS AND AFFILIATIONS

Member, Practice Group of the Year, Intellectual Property, *Law360* (2019)

Member, Litigation Department of the Year–Intellectual Property, The American Lawyer (2019)

## ADMISSIONS

> California
> US Court of Appeals for the Ninth Circuit
> US Court of Appeals for the Federal Circuit
> US District Court for the Northern District of California
> US District Court for the Central District of California
> US District Court for the Southern District of California
> US District Court for the Eastern District of California

## EDUCATION

> University of California, Berkeley School of Law, 2016, J.D., Certificate in Law & Technology
> University of Washington, 2013, B.A., History, magna cum laude, Phi Beta Kappa

## SECTORS

> Technology

## SERVICES

> Intellectual Property
> Intellectual Property Litigation

## REGIONS

> North America

# EXHIBIT A-7

# Morgan Lewis



# AUSTIN L. ZUCK
## ASSOCIATE

**austin.zuck@morganlewis.com**

**Silicon Valley**   Phone   **+1.650.843.7266**   Fax   **+1.650.843.4001**

1400 Page Mill Road \\ Palo Alto, CA 94304-1124 \\ United States

Austin Zuck focuses his practice on litigation involving patents, trademarks, copyrights, trade secrets, and related intellectual property matters. His practice also includes assisting clients with trials before the Patent Trial and Appeal Board (PTAB), including inter partes review proceedings. While in law school, Austin worked with the Entrepreneurs Law Clinic to advise new clients on intellectual property strategy.

## AWARDS AND AFFILIATIONS

Member, Practice Group of the Year, Intellectual Property, *Law360* (2019)

High Tech Law Certificate, Intellectual Property, with Honors, Santa Clara University School of Law

Comments Editor, Santa Clara High Technology Law Journal

## ADMISSIONS
> California
> District of Columbia

## EDUCATION
> Santa Clara University School of Law, 2017, J.D.
> Oregon State University, Honors College, 2014, B.S., Mechanical Engineering

## SECTORS
> Technology

## SERVICES
> Intellectual Property
> Intellectual Property Litigation
> Patent
> Trademark, Copyright, Advertising & Unfair Competition
> US Patent Office Post-Grant Proceedings

## REGIONS

> North America