# EXHIBIT B

# EXHIBIT B-1

# Morgan Lewis

**Morgan, Lewis & Bockius LLP**
One Market, Spear Street Tower
San Francisco, CA 94105
☎ +1.415.442.1000
🖷 +1.415.442.1001
Fed Tax ID: 23-0891050
www.morganlewis.com

June 21, 2018

Invoice No. 3959320
Account No.  73034-01163000-P

Gavrieli Brands LLC
Attn: Kfir Gavrieli
5731 Buckingham Parkway
Culver City, CA 90230

**Summary of Services for the period ended May 31, 2018:**

Re:   **Gavrieli Brands LLC**



Please refer to the table titled **"Detail of Outstanding Invoices"** which lists all
other outstanding invoices for the matters referenced on this invoice.

# Morgan Lewis

June 21, 2018
Page 7

Invoice No. 3959320
Account No. 011630-3005
Investigation of Infringement of Gavrieli IP by Soto Massini

**Detail for Fee Services Rendered**

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| ██████ | ██████ | ████████████████████ | ███ | ███ |
| ██████ | ██████ | ████████████████████████ | ███ | ███ |
| ██████ | ██████ | ████████████████████████ | ███ | ███ |
| 05/01/18 | Forghany, E. | Review and analyze SM answer and counterclaims; review and analyze SM motion to dismiss, perform legal research and proposed strategy for response regarding same. | 2.10 | 1,060.50 |
| ██████ | ██████ | ████████████████████ | ███ | ███ |
| ██████ | ██████ | ████████████████████████ | ███ | ███ |
| 05/02/18 | Lyons, M.J. | Review Soto Massini answer and motion, prepare for and participate in conferences regarding developing strategy regarding response to same. | 1.30 | 1,202.50 |
| ██████ | ██████ | ████████████████████ | ██ | ██ |
| ██████ | ██████ | ████████████████████ | ██ | ██ |
| 05/02/18 | Forghany, E. | Attend internal meeting to discuss case strategy; attend client meeting; draft memo evaluating case strategy for responding to counterclaims and motion to dismiss; perform legal research regarding moving to dismiss counterclaims. | 6.70 | 3,383.50 |
| ██████ | ██████ | ████████████████████ | ██ | ██ |
| ██████ | ██████ | ██████████████████ | ██ | ██ |
| ██████ | ██████ | ██████████████████████ | ██ | ██ |

# Morgan Lewis

June 21, 2018
Page 8

Invoice No. 3959320
Account No. 011630-3005
Investigation of Infringement of Gavrieli IP by Soto Massini

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 05/03/18 | Hsu-Hoffman, A. C. | Review case materials; conferences with M. Lyons and E. Forghany regarding case background and strategy for responding to motion to dismiss and counterclaims. | 1.40 | 1,015.00 |
| 05/03/18 | Forghany, E. | Internal meeting to discuss case strategy for pending motions. | 1.50 | 757.50 |
| ███ | ███ | ████████████████ | ██ | ██ |
| ███ | ███ | ████████████████ | ██ | ██ |
| ███ | ███ | ████████████████ | ██ | ██ |
| ███ | ███ | ████████████████ | ██ | ██ |
| ███ | ███ | ████████████████ | ██ | ██ |
| ███ | ███ | ████████████████ | ██ | ██ |
| ███ | ███ | ████████████████ | ██ | ██ |
| ███ | ███ | ████████████████ | ██ | ██ |
| ███ | ███ | ████████████████ | ██ | ██ |
| ███ | ███ | ████████████████ | ██ | ██ |
| ███ | ███ | ████████████████ | ██ | ██ |
| ███ | ███ | ████████████████ | ██ | ██ |
| ███ | ███ | ████████████████ | ██ | ██ |
| 05/09/18 | Hsu-Hoffman, A. C. | Review and analyze counterclaims asserted by Soto; research case law to assess viability of said counterclaims. | 1.50 | 1,087.50 |
| ███ | ███ | ████████████████ | ██ | ██ |

# Morgan Lewis

June 21, 2018
Page 9

Invoice No. 3959320
Account No. 011630-3005
Investigation of Infringement of Gavrieli IP by Soto Massini

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 05/10/18 | Hsu-Hoffman, A. C. | Review and analyze viability of counterclaims asserted by Soto; research case law to identify grounds for dismissal of said counterclaims. | 2.20 | 1,595.00 |
| ████ | ████████ | ██████████████ | ██ | ████ |
| ████ | ██████ | ██████████████ | ██ | ████ |
| 05/11/18 | Hsu-Hoffman, A. C. | Review and analyze viability of counterclaims asserted by Soto; research case law to identify grounds for dismissal of said counterclaims. | 3.90 | 2,827.50 |
| ████ | ████████ | ██████████████ | ██ | ████ |
| ████ | █████ | ██████████████ | ██ | ████ |
| 05/13/18 | Hsu-Hoffman, A. C. | Review and analyze viability of counterclaims asserted by Soto; research case law to identify grounds for dismissal of said counterclaims. | 0.80 | 580.00 |
| ████ | ████████ | ██████████████ | ██ | ████ |
| ████ | ████████ | ██████████████ | ██ | ████ |
| ████ | █████████ | ██████████████ | ██ | ████ |
| ████ | ████████ | ██████████████ | ██ | ████ |
| ████ | ████████ | ██████████████ | ██ | ████ |
| ████ | ████████ | ██████████████ | ██ | ████ |

# Morgan Lewis

June 21, 2018                                                       Invoice No. 3959320
Page 10                                                   Account No. 011630-3005
Investigation of Infringement of Gavrieli IP by Soto Massini

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 05/15/18 | Hsu-Hoffman, A. C. | Review and analyze viability of counterclaims asserted by Soto; research case law to identify grounds for dismissal of said counterclaims; draft outline for motion to dismiss Soto's counterclaims; review draft joint status report for court. | 4.60 <br> **4.10** | 3,335.00 <br> **2,972.50** |
| ■■■■ | ■■■■ | ■■■■ | ■ | ■ |
| ■■■■ | ■■■■ | ■■■■ | ■ | ■ |
| ■■■■ | ■■■■ | ■■■■ | ■ | ■ |
| 05/16/18 | Hsu-Hoffman, A. C. | Research case law to identify grounds for dismissal of said counterclaims; draft outline for motion to dismiss Soto's counterclaims. | 1.60 | 1,160.00 |
| 05/16/18 | Forghany, E. | Perform legal research and draft memo regarding strategy for moving to dismiss counterclaims. | 2.70 | 1,363.50 |
| ■■■■ | ■■■■ | ■■■■ | ■ | ■ |
| ■■■■ | ■■■■ | ■■■■ | ■ | ■ |
| 05/17/18 | Hsu-Hoffman, A. C. | Review and analyze viability of counterclaims asserted by Soto; research case law to identify grounds for dismissal of said counterclaims; draft outline for motion to dismiss Soto's counterclaims; review basis for potential false advertising claim against Soto. | 3.90 | 2,827.50 |
| ■■■■ | ■■■■ | ■■■■ | ■ | ■ |
| ■■■■ | ■■■■ | ■■■■ | ■ | ■ |
| ■■■■ | ■■■■ | ■■■■ | ■ | ■ |
| ■■■■ | ■■■■ | ■■■■ | ■ | ■ |
| ■■■■ | ■■■■ | ■■■■ | ■ | ■ |
| ■■■■ | ■■■■ | ■■■■ | ■ | ■ |

# Morgan Lewis

June 21, 2018
Page 11

Invoice No. 3959320
Account No. 011630-3005
Investigation of Infringement of Gavrieli IP by Soto Massini



| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|

# Morgan Lewis

June 21, 2018                                                    Invoice No. 3959320
Page 12                                                    Account No. 011630-3005
                                  Investigation of Infringement of Gavrieli IP by Soto Massini



| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 05/29/18 | Forghany, E. | Continue performing legal research and drafting motion to dismiss Soto Massini counterclaims. | 3.00 | 1,515.00 |

# Morgan Lewis

June 21, 2018
Page 13

Invoice No. 3959320
Account No. 011630-3005
Investigation of Infringement of Gavrieli IP by Soto Massini



# Morgan Lewis

June 21, 2018                                                          Invoice No. 3959320
Page 14                                                          Account No. 011630-3005
                                   Investigation of Infringement of Gavrieli IP by Soto Massini

### Summary for Fee Services Rendered

|  | Hours | Amount | Rate |
|---|---|---|---|
| *PARTNER* | | | |
| Gatti, M. M. | | | 850.00 |
| Lovejoy, B. A. | | | 725.00 |
| Lyons, M.J. | | | 925.00 |
| Marston, D. W. | | | 760.00 |
| Smith, S. R. | | | 760.00 |
| | | | |
| *OF COUNSEL* | | | |
| Hsu-Hoffman, A. C. | | | 725.00 |
| | | | |
| *ASSOCIATE* | | | |
| Dudash, A. M. | | | 625.00 |
| Forghany, E. | | | 505.00 |
| Nolan, T. Y. | | | 445.00 |
| | | | |
| *PARALEGAL* | | | |
| Gillen, S. | | | 330.00 |
| | | | |
| *CASE ASSISTANT* | | | |
| Lapena, R. K. | | | 190.00 |
| **Total** | | | |

# EXHIBIT B-2

# Morgan Lewis

**Morgan, Lewis & Bockius LLP**
One Market, Spear Street Tower
San Francisco, CA 94105
☎ +1.415.442.1000
🖷 +1.415.442.1001
Fed Tax ID: 23-0891050
www.morganlewis.com

July 16, 2018

Invoice No. 3974219
Account No.  73034-01163000-P

Gavrieli Brands LLC
Attn: Kfir Gavrieli
5731 Buckingham Parkway
Culver City, CA 90230

**Summary of Services for the period ended June 30, 2018:**

Re:   **Gavrieli Brands LLC**



> Please refer to the table titled **"Detail of Outstanding Invoices"** which lists all
> other outstanding invoices for the matters referenced on this invoice.

# Morgan Lewis

July 16, 2018                                                      Invoice No. 3974219
Page 7                                                       Account No. 011630-3005
                        Investigation of Infringement of Gavrieli IP by Soto Massini

**Detail for Fee Services Rendered**

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|



| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 06/05/18 | Lyons, M.J. | Review motion to dismiss filed by Soto Massini and analyze same; review answer to amended complaint filed by Soto Massini USA and analysis of same. | 0.50 **0.20** | 462.50 **185.00** |

# Morgan Lewis

July 16, 2018
Page 8

Invoice No. 3974219
Account No. 011630-3005
Investigation of Infringement of Gavrieli IP by Soto Massini

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 06/05/18 | Forghany, E. | Review and analyze SM's motion to dismiss and amended counterclaims, draft e-mail memo summarizing same. | 1.50 | 757.50 |
| | ██████████ | ████████████████████ | ██ | ██████ |
| | ██████████ | ████████████████████████ | ██ | ██████ |
| 06/06/18 | Hsu-Hoffman, A. C. | Strategize with E. Forghany regarding motion to dismiss Soto's counterclaims; review and analyze case law to support said motion to dismiss. | 1.90 | 1,377.50 |
| 06/06/18 | Forghany, E. | Attend meeting to discuss strategy for motion to dismiss counterclaims; begin researching and drafting motion to dismiss. | 4.40 | 2,222.00 |
| | ██████████ | ████████████████████████ | ██ | ██████ |
| 06/07/18 | Hsu-Hoffman, A. C. | Prepare motion to dismiss Soto's counterclaims. | 0.60 | 435.00 |
| | ██████████ | ████████████████ | ██ | |
| 06/07/18 | Forghany, E. | Perform legal research regarding false advertising counterclaims. | 2.70 | 1,363.50 |
| | ██████████ | ██████████████████████ | ██ | ██████ |
| | ██████████ | ██████████████████ | ██ | ██████ |
| 06/08/18 | Hsu-Hoffman, A. C. | Attention to motion to dismiss Soto's counterclaims and opposition to Soto Italy and T. Pichler's motion to dismiss; conferences with E. Forghany and T. Nolan regarding same. | 0.50 **0.30** | 362.50 **217.00** |
| | ██████ ██████ | ████████████████████████ | ██ | ██████ |
| | ██████████ | ██████████████████████ | ██ | ██████ |
| | ██████████ | ████████████████████ | ██ | ██████ |
| | ██████████ | ██████████████████████ | ██ | ██████ |
| | ██████████████ | ████████████████ | ██ | ██████ |
| | | ██████████████████ | | |
| | ██████ ██████ | ████████████████████████ | ██ | ██████ |
| | ██████████ | ██████████ | ██ | ██████ |

# Morgan Lewis

July 16, 2018
Page 9

Invoice No. 3974219
Account No. 011630-3005
Investigation of Infringement of Gavrieli IP by Soto Massini



| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| ░░░ | ░░░ | ░░░ | ░░ | ░░ |
| ░░░ | ░░░ | ░░░ | ░░ | ░░ |
| ░░░ | ░░░ | ░░░ | ░░ | ░░ |
| ░░░ | ░░░ | ░░░ | ░░ | ░░ |
| 06/13/18 | Forghany, E. | Continue researching and drafting Opposition Brief regarding motion to dismiss; continue researching and drafting Motion to Dismiss. | 7.70 / **6.5** | 3,888.50 / **3,282.50** |
| ░░░ | ░░░ | ░░░ | ░░ | ░░ |
| ░░░ | ░░░ | ░░░ | ░░ | ░░ |
| ░░░ | ░░░ | ░░░ | ░░ | ░░ |
| ░░░ | ░░░ | ░░░ | ░░ | ░░ |
| 06/14/18 | Forghany, E. | Attend team meeting to discuss case status; continue researching and drafting Opposition brief; continue researching and drafting Motion to Dismiss. | 8.80 / **5.0** | 4,444.00 / **2,525.00** |

# Morgan Lewis

July 16, 2018                                         Invoice No. 3974219
Page 10                                          Account No. 011630-3005
Investigation of Infringement of Gavrieli IP by Soto Massini



| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 06/17/18 | Forghany, E. | Continue drafting Opposition Brief and preparing exhibits; continue drafting Motion to Dismiss; continue drafting Motion to Strike. | 7.00<br>**4.20** | 3,535.00<br>**2,121.00** |
| 06/18/18 | Hsu-Hoffman, A. C. | Prepare motion to dismiss SM USA's counterclaims. | 0.90 | 652.50 |
| 06/18/18 | Zuck, A. L. | Discuss research assignment for Motion to Dismiss with E. Forghany. | 0.20 | 83.00 |
| 06/19/18 | Forghany, E. | Continue research and drafting Motion to Dismiss. | 5.80 | 2,929.00 |

# Morgan Lewis

Invoice No. 3974219
Account No. 011630-3005
Investigation of Infringement of Gavrieli IP by Soto Massini

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 06/19/18 | Zuck, A. L. | Research case law regarding Intentional interference and false advertising claims for Motion to Dismiss, send to E. Forghany. | 3.90 | 1,618.50 |
| ███████ | ███████ | ███████████████ | ██ | ████ |
| ███████ | ███████ | | ██ | ████ |
| 06/20/18 | Hsu-Hoffman, A. C. | Review and revise motion to dismiss SM USA's counterclaims. | 4.50 | 3,262.50 |
| 06/20/18 | Forghany, E. | Continue researching and drafting Motion to Dismiss. | 5.20 | 2,626.00 |
| 06/20/18 | Nolan, T. Y. | Prepare motion to dismiss counterclaims and strike affirmative defenses brought by Soto Massini USA. | 5.80 | 2,581.00 |
| ███████ | ███████ | ███████████████ | ██ | ████ |
| ███████ | ███████ | | ██ | ████ |
| | | | | |
| ███████ | ███████ | ███████████████ | ██ | ████ |
| ███████ | ███████ | | ██ | ████ |
| ███████ | ███████ | ███████████████ | ██ | ████ |
| 06/21/18 | Dudash, A. M. | Review and analyze draft motion to dismiss, confer with team regarding same; coordinate filing of same. | 0.70 | 437.50 |
| ███████ | ███████ | ███████████████ | ██ | ████ |
| 06/21/18 | Nolan, T. Y. | Finalize motion to dismiss counterclaims and strike affirmative defenses brought by SM USA. | 2.90 | 1,290.50 |
| ███████ | ███████ | ███████████████ | ██ | ████ |

# Morgan Lewis

July 16, 2018
Page 12

Invoice No. 3974219
Account No. 011630-3005
Investigation of Infringement of Gavrieli IP by Soto Massini



| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|

# Morgan Lewis

July 16, 2018
Page 13

Invoice No. 3974219
Account No. 011630-3005
Investigation of Infringement of Gavrieli IP by Soto Massini



# Morgan Lewis

July 16, 2018                                                                      Invoice No. 3974219
Page 14                                                                        Account No. 011630-3005
                                              Investigation of Infringement of Gavrieli IP by Soto Massini



| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| ██ | ██ | ██████ | █ | █ |
| ██ | ██ | ██████ | █ | █ |
| | *Subtotal* | | ██ | ██ |
| | | ██ | ██ | ██ |

# Morgan Lewis

July 16, 2018
Page 15

Invoice No. 3974219
Account No. 011630-3005
Investigation of Infringement of Gavrieli IP by Soto Massini

### Summary for Fee Services Rendered

| | Hours | Amount | Rate |
|---|---|---|---|
| *PARTNER* | | | |
| Lyons, M.J. | | | 925.00 |
| Smith, S. R. | | | 760.00 |
| *OF COUNSEL* | | | |
| Hsu-Hoffman, A. C. | | | 725.00 |
| *ASSOCIATE* | | | |
| Dudash, A. M. | | | 625.00 |
| Forghany, E. | | | 505.00 |
| Hilferty, K. M. | | | 600.00 |
| Nolan, T. Y. | | | 445.00 |
| Zuck, A. L. | | | 415.00 |
| *PARALEGAL* | | | |
| Gillen, S. | | | 330.00 |
| *CASE ASSISTANT* | | | |
| Lapena, R. K. | | | 190.00 |
| **Total** | | | |

# EXHIBIT B-3

# Morgan Lewis

**Morgan, Lewis & Bockius LLP**
One Market, Spear Street Tower
San Francisco, CA 94105
☎ +1.415.442.1000
🖷 +1.415.442.1001
Fed Tax ID: 23-0891050
www.morganlewis.com

August 16, 2018

Invoice No. 3995726
Account No.  73034-01163000-P

Gavrieli Brands LLC
Attn: Kfir Gavrieli
5731 Buckingham Parkway
Culver City, CA 90230

**Summary of Services for the period ended July 31, 2018:**

Re:   **Gavrieli Brands LLC**



> Please refer to the table titled **"Detail of Outstanding Invoices"** which lists all
> other outstanding invoices for the matters referenced on this invoice.

**As our fiscal year will close on September 28, 2018,
your payment prior to that date would be most appreciated.**

# Morgan Lewis

August 16, 2018
Page 3

Invoice No. 3995726
Account No. 011630-3005
IP Enforcement Against Soto Massini and Pichler

**Detail for Fee Services Rendered**

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|



# Morgan Lewis

August 16, 2018
Page 4

Invoice No. 3995726
Account No. 011630-3005
IP Enforcement Against Soto Massini and Pichler



| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|

# Morgan Lewis

August 16, 2018
Page 5

Invoice No. 3995726
Account No. 011630-3005
IP Enforcement Against Soto Massini and Pichler



| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|

# Morgan Lewis

August 16, 2018
Page 6

Invoice No. 3995726
Account No. 011630-3005
IP Enforcement Against Soto Massini and Pichler

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 07/19/18 | Forghany, E. | Continue performing legal research regarding motion to strike Second Amended Counterclaims; continue performing legal research regarding Reply Brief ISO Motion to Dismiss First Amended Counterclaims. | 3.20<br>2.50 | 1,616.00<br>1,262.50 |



# Morgan Lewis

August 16, 2018                                     Invoice No. 3995726
Page 7                                              Account No. 011630-3005
                                    IP Enforcement Against Soto Massini and Pichler

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 07/23/18 | Forghany, E. | Begin researching and drafting Motion to Strike SACC; continue researching and drafting reply brief ISO motion to dismiss; begin researching and preparing protective order. | 3.50<br>**2.80** | 1,767.50<br>**1,414.00** |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| 07/25/18 | Hsu-Hoffman, A. C. | Review and revise motion to strike; review and revise reply brief in support of motion to dismiss. | 1.70<br>**0.9** | 1,232.50<br>**652.5** |
| 07/25/18 | Forghany, E. | Continue researching and drafting reply brief ISO Motion to Dismiss; continue researching and drafting Motion to Strike SACC. | 6.30<br>**5.30** | 3,181.50<br>**2,676.50** |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| 07/26/18 | Forghany, E. | Continue researching and drafting reply brief ISO Motion to Dismiss. | 2.70 | 1,363.50 |

# Morgan Lewis

August 16, 2018
Page 8

Invoice No. 3995726
Account No. 011630-3005
IP Enforcement Against Soto Massini and Pichler

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 07/26/18 | Nolan, T. Y. | Prepare reply in support of motion to dismiss counterclaims. | 1.90 | 845.50 |
| 07/27/18 | Hsu-Hoffman, A. C. | Final review of reply brief in support of motion to dismiss and motion to strike Soto USA's second amended complaint. | 0.50 / **0.20** | 362.50 / **145.00** |



# Morgan Lewis

August 16, 2018
Page 9

Invoice No. 3995726
Account No. 011630-3005
IP Enforcement Against Soto Massini and Pichler

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|



# Morgan Lewis

Invoice No. 3995726
Account No. 011630-3005
IP Enforcement Against Soto Massini and Pichler

### Summary for Fee Services Rendered

| | Hours | Amount | Rate |
|---|---|---|---|
| *PARTNER* | | | |
| Lovejoy, B. A. | | | 725.00 |
| Lyons, M.J. | | | 925.00 |
| Marston, D. W. | | | 760.00 |
| Smith, S. R. | | | 760.00 |
| | | | |
| *OF COUNSEL* | | | |
| Hsu-Hoffman, A. C. | | | 725.00 |
| | | | |
| *ASSOCIATE* | | | |
| Dudash, A. M. | | | 625.00 |
| Forghany, E. | | | 505.00 |
| Nolan, T. Y. | | | 445.00 |
| Zuck, A. L. | | | 415.00 |
| | | | |
| *PARALEGAL* | | | |
| Gillen, S. | | | 330.00 |
| | | | |
| *CASE ASSISTANT* | | | |
| Lapena, R. K. | | | 190.00 |
| | | | |
| **Total** | | | |

# EXHIBIT B-4

# Morgan Lewis

**Morgan, Lewis & Bockius LLP**
One Market, Spear Street Tower
San Francisco, CA 94105
☎ +1.415.442.1000
🖷 +1.415.442.1001
Fed Tax ID: 23-0891050
www.morganlewis.com

February 27, 2019

Invoice No. 4114406
Account No.  73034-01163000-P

Gavrieli Brands LLC
Attn: Kfir Gavrieli
5731 Buckingham Parkway
Culver City, CA 90230

**Summary of Services for the period ended December 31, 2018, and costs for the period ended February 19, 2019:**

Re:  **Gavrieli Brands LLC**



---

Please refer to the table titled **"Detail of Outstanding Invoices"** which lists all
other outstanding invoices for the matters referenced on this invoice.

---

# Morgan Lewis

February 27, 2019
Page 3

Invoice No. 4114406
Account No. 011630-3005
IP Enforcement Against Soto Massini and Pichler

**Detail for Fee Services Rendered**



| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|

# Morgan Lewis

February 27, 2019
Page 4

Invoice No. 4114406
Account No. 011630-3005
IP Enforcement Against Soto Massini and Pichler



# Morgan Lewis

February 27, 2019
Page 5

Invoice No. 4114406
Account No. 011630-3005
IP Enforcement Against Soto Massini and Pichler



| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|

# Morgan Lewis

February 27, 2019
Page 6

Invoice No. 4114406
Account No. 011630-3005
IP Enforcement Against Soto Massini and Pichler



| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|

# Morgan Lewis

February 27, 2019
Page 7

Invoice No. 4114406
Account No. 011630-3005
IP Enforcement Against Soto Massini and Pichler



| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|

# Morgan Lewis

February 27, 2019
Page 8

Invoice No. 4114406
Account No. 011630-3005
IP Enforcement Against Soto Massini and Pichler



| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|

# Morgan Lewis

February 27, 2019
Page 9

Invoice No. 4114406
Account No. 011630-3005
IP Enforcement Against Soto Massini and Pichler



| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|

# Morgan Lewis

February 27, 2019
Page 10

Invoice No. 4114406
Account No. 011630-3005
IP Enforcement Against Soto Massini and Pichler

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|



# Morgan Lewis

February 27, 2019
Page 11

Invoice No. 4114406
Account No. 011630-3005
IP Enforcement Against Soto Massini and Pichler

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|

# Morgan Lewis

February 27, 2019
Page 12

Invoice No. 4114406
Account No. 011630-3005
IP Enforcement Against Soto Massini and Pichler



# Morgan Lewis

February 27, 2019
Page 13

Invoice No. 4114406
Account No. 011630-3005
IP Enforcement Against Soto Massini and Pichler



| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|

# Morgan Lewis

February 27, 2019
Page 14

Invoice No. 4114406
Account No. 011630-3005
IP Enforcement Against Soto Massini and Pichler



| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 01/23/19 | Dudash, A. M. | Review and analyze draft motion to dismiss and strike and case law cited therein; communications with team regarding strategy for partial motion to dismiss. | 1.20 **0.60** | 822.00 **411.00** |

# Morgan Lewis

February 27, 2019
Page 15

Invoice No. 4114406
Account No. 011630-3005
IP Enforcement Against Soto Massini and Pichler

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 01/24/19 | Dudash, A. M. | Edit brief and ancillary documents for motion to dismiss and strike, communications with team regarding same and coordinate filing. | 0.50<br>**0.20** | 342.50<br>**137.00** |

# Morgan Lewis

February 27, 2019
Page 16

Invoice No. 4114406
Account No. 011630-3005
IP Enforcement Against Soto Massini and Pichler



| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|

# Morgan Lewis

February 27, 2019
Page 17

Invoice No. 4114406
Account No. 011630-3005
IP Enforcement Against Soto Massini and Pichler

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|



# Morgan Lewis

February 27, 2019                                            Invoice No. 4114406
Page 18                                                 Account No. 011630-3005
                                          IP Enforcement Against Soto Massini and Pichler



| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|

# Morgan Lewis

February 27, 2019
Page 19

Invoice No. 4114406
Account No. 011630-3005
IP Enforcement Against Soto Massini and Pichler



| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|

# Morgan Lewis

February 27, 2019
Page 20

Invoice No. 4114406
Account No. 011630-3005
IP Enforcement Against Soto Massini and Pichler

### Summary for Fee Services Rendered

| | Hours | Amount | Rate |
|---|---|---|---|
| *PARTNER* | | | |
| Lovejoy, B. A. | | | 825.00 |
| Lyons, M.J. | | | 950.00 |
| Marston, D. W. | | | 795.00 |
| Smith, S. R. | | | 795.00 |
| | | | |
| *OF COUNSEL* | | | |
| Carr, M. F. | | | 775.00 |
| Hsu-Hoffman, A. C. | | | 750.00 |
| | | | |
| *ASSOCIATE* | | | |
| Casto, L.M. | | | 600.00 |
| Dudash, A. M. | | | 685.00 |
| Forghany, E. | | | 560.00 |
| Radloff, M. C. | | | 425.00 |
| | | | |
| *PARALEGAL* | | | |
| Gillen, S. | | | 345.00 |
| | | | |
| *P/T PRJ MGR* | | | |
| Martinez, W. G. | | | 350.00 |
| | | | |
| *TECHNICAL SPST* | | | |
| Ball, C. | | | 250.00 |
| | | | |
| *CASE ASSISTANT* | | | |
| Lapena, R. K. | | | 200.00 |
| | | | |
| *LIBRARIAN* | | | |
| Neugebauer, L. | | | 285.00 |
| **Total** | | | |

# EXHIBIT B-5

# Morgan Lewis

**Morgan, Lewis & Bockius LLP**
1400 Page Mill Road
Palo Alto, CA 94304-1124
☎ +1.650.843.4000
🖷 +1.650.843.4001
Fed Tax ID: 23-0891050
www.morganlewis.com

March 22, 2019

Invoice No. 4132063
Account No.  73034-01163000-P

Gavrieli Brands LLC
Attn: Kfir Gavrieli
5731 Buckingham Parkway
Culver City, CA 90230

**Summary of Services for the period ended February 28, 2019:**

     **Re:   Gavrieli Brands LLC**



> Please refer to the table titled **"Detail of Outstanding Invoices"** which lists all
> other outstanding invoices for the matters referenced on this invoice.

# Morgan Lewis

March 22, 2019
Page 5

Invoice No. 4132063
Account No. 011630-3005
IP Enforcement Against Soto Massini and Pichler

**Detail for Fee Services Rendered**



| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|

# Morgan Lewis

March 22, 2019                                                      Invoice No. 4132063
Page 6                                                           Account No. 011630-3005
                                               IP Enforcement Against Soto Massini and Pichler

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|



# Morgan Lewis

March 22, 2019
Page 7

Invoice No. 4132063
Account No. 011630-3005
IP Enforcement Against Soto Massini and Pichler



| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|

# Morgan Lewis

March 22, 2019
Page 8

Invoice No. 4132063
Account No. 011630-3005
IP Enforcement Against Soto Massini and Pichler



| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|

# Morgan Lewis

March 22, 2019
Page 9

Invoice No. 4132063
Account No. 011630-3005
IP Enforcement Against Soto Massini and Pichler



| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|

# Morgan Lewis

March 22, 2019
Page 10

Invoice No. 4132063
Account No. 011630-3005
IP Enforcement Against Soto Massini and Pichler

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|

# Morgan Lewis

March 22, 2019
Page 11

Invoice No. 4132063
Account No. 011630-3005
IP Enforcement Against Soto Massini and Pichler



| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|

# Morgan Lewis

March 22, 2019
Page 12

Invoice No. 4132063
Account No. 011630-3005
IP Enforcement Against Soto Massini and Pichler

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|



# Morgan Lewis

March 22, 2019
Page 13

Invoice No. 4132063
Account No. 011630-3005
IP Enforcement Against Soto Massini and Pichler



# Morgan Lewis

March 22, 2019
Page 14

Invoice No. 4132063<br>
Account No. 011630-3005<br>
IP Enforcement Against Soto Massini and Pichler

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|

# Morgan Lewis

Invoice No. 4132063
Account No. 011630-3005
IP Enforcement Against Soto Massini and Pichler



| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 02/19/19 | Forghany, E. | Research and drafting Reply Brief iso Gavrieli's motion to dismiss counterclaims and strike affirmative defenses. | 6.80 | 3,808.00 |

# Morgan Lewis

March 22, 2019                                                         Invoice No. 4132063
Page 16                                                              Account No. 011630-3005
                                             IP Enforcement Against Soto Massini and Pichler

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| ▮▮▮ | ▮▮▮ | ▮▮▮ | ▮▮ | ▮▮ |
| ▮▮ | ▮▮ | ▮▮▮ | ▮ | ▮ |
| ▮▮ | ▮▮ | ▮▮▮ | ▮ | ▮ |
| ▮▮ | ▮▮ | ▮▮ | ▮ | ▮ |
| 02/20/19 | Forghany, E. | Continue researching and drafting Gavrieli's Reply Brief iso motion to dismiss counterclaims. | 5.50 | 3,080.00 |
| 02/20/19 | Radloff, M. C. | Conduct further research regarding "sham litigation" exception for renewed MTD SM's SACC; analyze and summarize research results on sham litigation exception to include cites in motion; conduct research on unfair competition law pleading requirements to address SM's insufficient pleadings in their SACC; analyze and summarize unfair competition law research results; search for relevant cases to support outstanding parenthetical cites supporting remaining arguments in renewed MTD; conduct research on denials of leave to amend to support arguments with case law in MTD; call with client's employees to discuss individual Janna Edwards who sent in information about infringing sales of Accused Products. | 9.40 | 3,995.00 |
| 02/21/19 | Lyons, M.J. | Review files and correspondence regarding logistics for upcoming jury trial; review and revise reply brief in support of motion to dismiss Soto Massini's counterclaims and participate in conferences with team regarding same. | 1.90 **0.3** | 1,805.00 **285.00** |
| ▮▮ | ▮▮ | ▮▮▮ | ▮ | ▮ |
| 02/21/19 | Dudash, A. M. | Review and edit reply brief, analyze cases cited therein; file brief with Court. | 1.30 | 890.50 |

# Morgan Lewis

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|



# Morgan Lewis

March 22, 2019
Page 18

Invoice No. 4132063
Account No. 011630-3005
IP Enforcement Against Soto Massini and Pichler



| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|

# Morgan Lewis

March 22, 2019
Page 19

Invoice No. 4132063
Account No. 011630-3005
IP Enforcement Against Soto Massini and Pichler



# Morgan Lewis

March 22, 2019
Page 20

Invoice No. 4132063
Account No. 011630-3005
IP Enforcement Against Soto Massini and Pichler



# Morgan Lewis

March 22, 2019
Page 21

Invoice No. 4132063
Account No. 011630-3005
IP Enforcement Against Soto Massini and Pichler

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|



# Morgan Lewis

March 22, 2019
Page 22

Invoice No. 4132063
Account No. 011630-3005
IP Enforcement Against Soto Massini and Pichler

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|



# Morgan Lewis

March 22, 2019
Page 23

Invoice No. 4132063
Account No. 011630-3005
IP Enforcement Against Soto Massini and Pichler

### Summary for Fee Services Rendered

| | Hours | Amount | Rate |
|---|---|---|---|
| **PARTNER** | | | |
| Gorman, J.V. | | | 850.00 |
| Lovejoy, B. A. | | | 825.00 |
| Lyons, M.J. | | | 950.00 |
| Smith, S. R. | | | 795.00 |
| **OF COUNSEL** | | | |
| Carr, M. F. | | | 775.00 |
| Hsu-Hoffman, A. C. | | | 750.00 |
| **ASSOCIATE** | | | |
| Casto, L.M. | | | 600.00 |
| Dudash, A. M. | | | 685.00 |
| Forghany, E. | | | 560.00 |
| Radloff, M. C. | | | 425.00 |
| **PARALEGAL** | | | |
| Gillen, S. | | | 345.00 |
| **CASE ASSISTANT** | | | |
| Lapena, R. K. | | | 200.00 |
| **Total** | | | |

# EXHIBIT B-6

# Morgan Lewis

**Morgan, Lewis & Bockius LLP**
One Market, Spear Street Tower
San Francisco, CA 94105
☎ +1.415.442.1000
🖷 +1.415.442.1001
Fed Tax ID: 23-0891050
www.morganlewis.com

April 15, 2019

Invoice No. 4146696
Account No.  73034-01163000-P

Gavrieli Brands LLC
Attn: Kfir Gavrieli
5731 Buckingham Parkway
Culver City, CA 90230

**Summary of Services for the period ended March 31, 2019:**

**Re:   Gavrieli Brands LLC**



> Please refer to the table titled **"Detail of Outstanding Invoices"** which lists all
> other outstanding invoices for the matters referenced on this invoice.

# Morgan Lewis

April 15, 2019
Page 3

Invoice No. 4146696
Account No. 011630-3005
IP Enforcement Against Soto Massini and Pichler

**Detail for Fee Services Rendered**



| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|

# Morgan Lewis

April 15, 2019
Page 4

Invoice No. 4146696
Account No. 011630-3005
IP Enforcement Against Soto Massini and Pichler



| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|

# Morgan Lewis

April 15, 2019                                             Invoice No. 4146696
Page 5                                                  Account No. 011630-3005
                                        IP Enforcement Against Soto Massini and Pichler



| Date | Name | Description | Hours | Amount |
| --- | --- | --- | --- | --- |

# Morgan Lewis

April 15, 2019
Page 6

Invoice No. 4146696
Account No. 011630-3005
IP Enforcement Against Soto Massini and Pichler

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|

# Morgan Lewis

April 15, 2019                                    Invoice No. 4146696
Page 7                                          Account No. 011630-3005
                         IP Enforcement Against Soto Massini and Pichler



| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|

# Morgan Lewis

April 15, 2019
Page 8

Invoice No. 4146696
Account No. 011630-3005
IP Enforcement Against Soto Massini and Pichler



| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 03/14/19 | Lyons, M.J. | Review and revise draft pre-trial submissions and participate in conferences regarding same; review and revise draft motions in limine and confer regarding same; review and respond to correspondence regarding preparation for upcoming trial. | 1.30<br>**0.3** | 1,235.00<br>**285.00** |

# Morgan Lewis

April 15, 2019
Page 9

Invoice No. 4146696
Account No. 011630-3005
IP Enforcement Against Soto Massini and Pichler



| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 03/15/19 | Dudash, A. M. | Review and edit pretrial order, analyze local rules and procedures in connection with same; review draft motions in limine. | 1.60<br>**0.60** | 1,096.00<br>**411.00** |
| 03/15/19 | Forghany, E. | Continue editing and drafting motions in limine; continue reviewing and revising trial exhibit list; continue drafting and editing Gavrieli's portions of draft pre-trial order. | 5.30<br>**3.00** | 2,968.00<br>**1,650.00** |
| 03/15/19 | Radloff, M. C. | Prepare) trial exhibits list; incorporate attorneys' changes and revisions to trial exhibit lists; prepare exhibits to be attached to motion in limine for pre-trial order; incorporate final revisions to statement of uncontested facts for pre-trial order; prepare final deposition designations for T. Pichler in deposition designation document for pre-trial order. | 10.00<br>**1.50** | 4,250.00<br>**637.00** |

# Morgan Lewis

April 15, 2019
Page 10

Invoice No. 4146696
Account No. 011630-3005
IP Enforcement Against Soto Massini and Pichler



| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|

# Morgan Lewis

April 15, 2019

Page 11

Invoice No. 4146696

Account No. 011630-3005

IP Enforcement Against Soto Massini and Pichler



# Morgan Lewis

April 15, 2019
Page 12

Invoice No. 4146696
Account No. 011630-3005
IP Enforcement Against Soto Massini and Pichler



| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|

# Morgan Lewis

April 15, 2019                                                                Invoice No. 4146696
Page 13                                                                       Account No. 011630-3005
                                                        IP Enforcement Against Soto Massini and Pichler

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|



# Morgan Lewis

April 15, 2019
Page 14

Invoice No. 4146696
Account No. 011630-3005
IP Enforcement Against Soto Massini and Pichler



| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|

# Morgan Lewis

April 15, 2019
Page 15

Invoice No. 4146696
Account No. 011630-3005
IP Enforcement Against Soto Massini and Pichler



# Morgan Lewis

April 15, 2019
Page 16

Invoice No. 4146696
Account No. 011630-3005
IP Enforcement Against Soto Massini and Pichler

### Summary for Fee Services Rendered

|  | Hours | Amount | Rate |
|---|---|---|---|
| *PARTNER* | | | |
| Gorman, J.V. | | | 850.00 |
| Lovejoy, B. A. | | | 825.00 |
| Lyons, M.J. | | | 950.00 |
| *OF COUNSEL* | | | |
| Carr, M. F. | | | 775.00 |
| Hsu-Hoffman, A. C. | | | 750.00 |
| *ASSOCIATE* | | | |
| Dudash, A. M. | | | 685.00 |
| Forghany, E. | | | 560.00 |
| Radloff, M. C. | | | 425.00 |
| *PARALEGAL* | | | |
| Gillen, S. | | | 345.00 |
| *CASE ASSISTANT* | | | |
| Lapena, R. K. | | | 200.00 |
| **Total** | | | |

# EXHIBIT B-7

# Morgan Lewis

**Morgan, Lewis & Bockius LLP**
One Market, Spear Street Tower
San Francisco, CA 94105
☏ +1.415.442.1000
🖷 +1.415.442.1001
Fed Tax ID: 23-0891050
www.morganlewis.com

Revised
May 31, 2019

May 17, 2019

Invoice No. 4169207
Account No.   73034-01163000-P

Gavrieli Brands LLC
Attn: Kfir Gavrieli
5731 Buckingham Parkway
Culver City, CA 90230

**Summary of Services for the period ended April 30, 2019:**

Re:   **Gavrieli Brands LLC**



Please refer to the table titled **"Detail of Outstanding Invoices"** which lists all
other outstanding invoices for the matters referenced on this invoice.

# Morgan Lewis

May 17, 2019                                          Invoice No. 4169207
Page 3                                                Account No. 011630-3005
                                    IP Enforcement Against Soto Massini and Pichler

### Detail for Fee Services Rendered



| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|

# Morgan Lewis

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|



| 04/02/19 | Dudash, A. M. | Research regarding pretrial order supplementation issues; analyze pretrial orders from other matters; research regarding preliminary jury instruction issues; communications with opposing counsel regarding pretrial conference issues; communications with team regarding same; draft cover pleading for pretrial order supplementation. | 1.90 | 1,301.50 |

# Morgan Lewis

May 17, 2019
Page 5

Invoice No. 4169207
Account No. 011630-3005
IP Enforcement Against Soto Massini and Pichler

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| ███ | ███ | ██████████ | ██ | ██ |
| ███ | ███ | ██████████ | ██ | ██ |
| 04/03/19 | Lyons, M.J. | Prepare for and participate in meetings with expert C. de Baere, regarding preparation for upcoming trial and strategy regarding same; review and revise objections to exhibit list; review and revise replies in support of motions in limine and prepare correspondence to team regarding strategy concerning same; review oral order from judge directing plaintiffs to file supplemental pre-trial order to address late submissions by defendant; review files and confer with team regarding strategy for preparing updated pre-trial brief. | 3.20  **0.40** | 3,040.00  **380.00** |
| ███ | ███ | | ██ | ██ |
| 04/03/19 | Hsu-Hoffman, A. C. | Attend meeting with expert C. de Baere to prepare for trial; confer with defendants' counsel regarding pretrial disclosures; strategy meeting with M. Lyons and E. Forghany to prepare for trial; prepare reply briefs in support of Gavrieli's motions in limine; prepare supplemental objections and responses to defendants' pretrial disclosures. | 11.50  **1.0** | 8,625.00  **750.00** |
| 04/03/19 | Dudash, A. M. | Research regarding evidentiary exclusion based on interrogatory responses; draft objections to Defendants' factual issues for trial; edit cover pleading for pretrial submission supplementation; communications with team regarding pretrial order issues; review and analyze draft reply brief regarding sanctions; review and analyze newly produced e-mail evidence. | 2.40  **1.80** | 1,644.00  **1,233.0** |
| ███ | ███ | ██████████ | ██ | ██ |
| ███ | ███ | ██████████ | ██ | ██ |

# Morgan Lewis

May 17, 2019
Page 6

Invoice No. 4169207
Account No. 011630-3005
IP Enforcement Against Soto Massini and Pichler



| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 04/04/19 | Dudash, A. M. | Review and analyze motion in liming replies and pretrial order supplement; communications with team regarding same. | 0.80 | 548.00 |

# Morgan Lewis

May 17, 2019
Page 7

Invoice No. 4169207
Account No. 011630-3005
IP Enforcement Against Soto Massini and Pichler



# Morgan Lewis



# Morgan Lewis

May 17, 2019
Page 9

Invoice No. 4169207
Account No. 011630-3005
IP Enforcement Against Soto Massini and Pichler

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|



# Morgan Lewis

May 17, 2019
Page 10

Invoice No. 4169207
Account No. 011630-3005
IP Enforcement Against Soto Massini and Pichler



# Morgan Lewis

May 17, 2019
Page 11

Invoice No. 4169207
Account No. 011630-3005
IP Enforcement Against Soto Massini and Pichler



| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|

# Morgan Lewis

May 17, 2019
Page 12

Invoice No. 4169207
Account No. 011630-3005
IP Enforcement Against Soto Massini and Pichler

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|

# Morgan Lewis



# Morgan Lewis

May 17, 2019                                    Invoice No. 4169207
Page 14                                       Account No. 011630-3005
                              IP Enforcement Against Soto Massini and Pichler



| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|

# Morgan Lewis

May 17, 2019
Page 15

Invoice No. 4169207
Account No. 011630-3005
IP Enforcement Against Soto Massini and Pichler



# Morgan Lewis

May 17, 2019
Page 16

Invoice No. 4169207
Account No. 011630-3005
IP Enforcement Against Soto Massini and Pichler



# Morgan Lewis

May 17, 2019
Page 17

Invoice No. 4169207
Account No. 011630-3005
IP Enforcement Against Soto Massini and Pichler



# Morgan Lewis

May 17, 2019
Page 18

Invoice No. 4169207
Account No. 011630-3005
IP Enforcement Against Soto Massini and Pichler



# Morgan Lewis

May 17, 2019
Page 19

Invoice No. 4169207
Account No. 011630-3005
IP Enforcement Against Soto Massini and Pichler

# Morgan Lewis

May 17, 2019
Page 20

Invoice No. 4169207
Account No. 011630-3005
IP Enforcement Against Soto Massini and Pichler



# Morgan Lewis

May 17, 2019
Page 21

Invoice No. 4169207
Account No. 011630-3005
IP Enforcement Against Soto Massini and Pichler

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|



# Morgan Lewis

May 17, 2019                                          Invoice No. 4169207
Page 22                                            Account No. 011630-3005
                              IP Enforcement Against Soto Massini and Pichler

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|



# Morgan Lewis

May 17, 2019                                          Invoice No. 4169207
Page 23                                              Account No. 011630-3005
                          IP Enforcement Against Soto Massini and Pichler

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|



# Morgan Lewis

May 17, 2019                                              Invoice No. 4169207
Page 24                                                   Account No. 011630-3005
                                      IP Enforcement Against Soto Massini and Pichler

### Summary for Fee Services Rendered

| | Hours | Amount | Rate |
|---|---|---|---|
| **PARTNER** | | | |
| Bregman, D.M. | | | 850.00 |
| Gorman, J.V. | | | 850.00 |
| Lovejoy, B. A. | | | 825.00 |
| Lyons, M.J. | | | 950.00 |
| Smith, S. R. | | | 795.00 |
| **OF COUNSEL** | | | |
| Carr, M. F. | | | 775.00 |
| Hsu-Hoffman, A. C. | | | 750.00 |
| **ASSOCIATE** | | | |
| Dudash, A. M. | | | 685.00 |
| Forghany, E. | | | 560.00 |
| Radloff, M. C. | | | 425.00 |
| Stein, A. B. | | | 505.00 |
| **PARALEGAL** | | | |
| Gillen, S. | | | 345.00 |
| **CASE ASSISTANT** | | | |
| Lapena, R. K. | | | 200.00 |
| **Total** | | | |