# **EXHIBIT B**

US 20190320757A1

(19) **United States**
(12) **Patent Application Publication** (10) Pub. No.: US 2019/0320757 A1
Pichler (43) Pub. Date: Oct. 24, 2019

(54) **APPARATUS FOR ORTHOPEDIC USE**

(71) Applicant: **Thomas Pichler**, Miami, FL (US)

(72) Inventor: **Thomas Pichler**, Miami, FL (US)

(21) Appl. No.: **16/393,917**

(22) Filed: **Apr. 24, 2019**

**Related U.S. Application Data**

(60) Provisional application No. 62/662,166, filed on Apr. 24, 2018.

**Publication Classification**

(51) Int. Cl.
*A43B 7/14* (2006.01)
*A61F 5/14* (2006.01)
*A43B 17/02* (2006.01)

(52) U.S. Cl.
CPC ............... *A43B 7/144* (2013.01); *A61F 5/14* (2013.01); *A43B 7/149* (2013.01); *A61F 5/0127* (2013.01); *A43B 7/142* (2013.01); *A43B 17/026* (2013.01); *A43B 7/141* (2013.01); *A43B 7/1465* (2013.01)

(57) **ABSTRACT**

The new apparatus is an orthopedic foot bed created using multiple materials to provide maximum comfort for an individual. The apparatus is composed of a flexible material such as, for example, memory foam on top of another material such as an impact absorbing material and an arch-support foot bed made of, for example, antimicrobial energy returning foam, with the entire apparatus covered in a stretchy suede textile in one embodiment.

