# **EXHIBIT C**

## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
District of Delaware

Case Number: 18-CV-00462-MN

Plaintiff:
**GAVRIELI BRANDS LLC, a California Limited Liability Company,**

vs.

Defendants:
**SOTO MASSINI (USA) CORP., a Delaware corporation; and THOMAS PICHLER, an individual,**



CPP2020000851

For:
John V. Gorman
Morgan, Lewis & Bockius LLP
1201 N. Market Street, Suite 2201
Wilmington, DE 19801

Received by CIVIL PROCESS, LLC on the 13th day of November, 2020 at 8:00 am to be served on **Thomas Pichler, 888 Biscayne Blvd, Apt 3901, Miami, FL 33132**.

I, NASSIM TAUIL, do hereby affirm that on the **17th day of November, 2020** at **1:10 pm, I:**

**SUBSTITUTE** served by delivering a true copy of the **GAVRIELI BRANDS LLC'S FIRST SET OF POST-JUDGMENT REQUESTS FOR PRODUCTION TO DEFENDANTS SOTO MASSINI (USA) CORPORATION AND THOMAS PICHLER and GAVRIELI BRANDS LLC'S FIRST SET OF POST-JUDGMENT INTERROGATORIES TO DEFENDANTS SOTO MASSINI (USA) CORPORATION AND THOMAS PICHLER** with the date and hour of service endorsed thereon by me, to: **Nithin Tiruveedhi** as **Co-Resident** at the address of: **888 Biscayne Blvd, Apt 3901, Miami, FL 33132**, the within named person's usual place of **Abode**, who resides therein, who is fifteen (15) years of age or older and informed said person of the contents therein, in compliance with state statutes F.S. 48.031(1)(a)

**Description** of Person Served: Age: 25, Sex: M, Race/Skin Color: East Indian, Height: 5'5", Weight: 130, Hair: Black, Glasses: N

## RETURN OF SERVICE For 18-CV-00462-MN

I acknowledge that I am a Certified Process Server in the Circuit in which this defendant was served, and that I have no interest in the above action. Under penalty of perjury, I declare that I have read the foregoing Affidavit of Service and that the facts stated in it are true.

**NASSIM TAUIL**
CPS#2105

**CIVIL PROCESS, LLC**
**7350 N.W. 77th Street**
Medley, FL 33166
(305) 375-9111

Our Job Serial Number: CPP-2020000851
Ref: 011630-3005

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1u